Case 1:24-cv-06319-AT    Document 2    Filed 02/04/25    Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/4/2025
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------X
In Re:

**Junejie Dai**

------------------------------------------------X

**ORDER OF DISMISSAL**
**FOR FAILURE TO PROSECUTE**
**BANKRUPTCY APPEAL**

U.S. District Court for the Southern District of New York
**Case No. 24 Civ. 6319 (AT)**

FROM:   VITO GENNA, CLERK
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK

TO:     TAMMI M. HELLWIG, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Junejie Dai                               BANKRUPTCY CASE: **24-B-11059 (LGB)**
DATE OF FILING NOTICE OF APPEAL: 07/17/2024
BANKRUPTCY DOCUMENT #: 17

The above-referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and file the Designation of Items to be Included in the Record as required by:

    **X**  FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    **X**  28 U.S.C. § 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated: **January 30, 2025**                          Vito Genna, Clerk
New York, New York                                   U.S. Bankruptcy Court, SDNY

                                                     By: /s/ Anatin Rouzeau
                                                         Deputy Clerk

**ORDER**

For the reasons set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated          February 4,  20 25
       New York, New York

                                                     ANALISA TORRES
                                                     United States District Judge

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____           Tammi M. Hellwig, Clerk
                                                     District Court, SDNY

                                                     By: _____
                                                         Deputy Clerk